IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.T PRODUCTIONS, LLC<br><br>                    Plaintiff<br><br>     v.<br><br>JOHN DOES 1-8,<br><br>               Defendants | Docket. No. 2:16-cv-06533 |

NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the undersigned on behalf of the PLAINTIFF.

RESPECTULLY SUBMITTED,

/s/ CHARLES THOMAS, JR
    Atty I.D. No. 89781
    CThomas@LMHLaw.com

CREATIVE RIGHTS LAW GROUP, PLLC
426 E. Baltimore Ave
Media, PA 19063
610-891-6500 (phone)     215-689-1930 (e-fax)